| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NORTH CAROLINA |
| Case number *(if known)*                              Chapter   **11** |

☐ Check if this is an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Greater Life Church** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years. Include any assumed names, trade names and *doing business as* names | **DBA  Greater Life Christian Church** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-1506795** |

| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **5095 Lansing Drive** <br> **Winston Salem, NC 27105** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Forsyth** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | |
|---|---|---|

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: |

Debtor  **Greater Life Church**　　　　　　　　　　　　　　　Case number (*if known*)　_____
　　　　　Name

**7. Describe debtor's business**　A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☐ No.
■ Yes.

| | District | When | Case number |
|---|---|---|---|
| | **Eastern District of North Carolina** | **3/27/23** | **23-00838-5-DMW** |
| | District | When | Case number |

| Debtor | **Greater Life Church** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | Mark L. Spell, Sr. | | Relationship | President/Greater Life Church |
| District | Eastern District of North Carolina | When  7/25/25 | Case number, if known | 25-02829-5-PWM |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency  _____
Contact name  _____
Phone  _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Official Form 201　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　page 3

Debtor **Greater Life Church**
Name

Case number (*if known*)

| | |
|---|---|
| **16. Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor **Greater Life Church**  Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 4, 2025**
MM / DD / YYYY

**X /s/ Mark L. Spell, Sr.**                     **Mark L. Spell, Sr.**
Signature of authorized representative of debtor     Printed name

Title **President**

**18. Signature of attorney**

**X /s/ Joseph Z. Frost**                     Date **August 4, 2025**
Signature of attorney for debtor                  MM / DD / YYYY

**Joseph Z. Frost**
Printed name

**BUCKMILLER & FROST, PLLC**
Firm name

**4700 Six Forks Road, Suite 150**
**Raleigh, NC 27609**
Number, Street, City, State & ZIP Code

Contact phone **919-296-5040**     Email address **jfrost@bbflawfirm.com**

**44387 NC**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Greater Life Church** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August  4, 2025**    X **/s/ Mark L. Spell, Sr.**
Signature of individual signing on behalf of debtor

**Mark L. Spell, Sr.**
Printed name

**President**
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Greater Life Church | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA | ☐ Check if this is an amended filing |
| Case number (if known): | | |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Forsyth County Tax Administration** Attn: Manager, Agent or Officer 201 North Chestnut Street Winston Salem, NC 27101 | | Ad Valorem Real Property Taxes | | | | $62,474.91 |
| **Franklin County Tax Collector** Attn: Manager, Agent, Officer P.O. Box 503 Louisburg, NC 27549 | | Notice Purposes Only | | | | $154.11 |
| **Hedrick Bryant Nerhood & Sanders, L** Attn: Manager, Agent or Officer 723 Coliseum Drive, Suite 101 Winston Salem, NC 27106-5326 | | Substitute Trustee/Foreclosure | Contingent Unliquidated Disputed | | | $0.00 |
| **Internal Revenue Service** Attn: Manager, Agent, Officer PO Box 7346 Philadelphia, PA 19101-7346 | | | | | | $10,500.00 |
| **NC Department of Revenue** Office Serv. Div, Bankruptcy Unit P.O. Box 1168 Raleigh, NC 27602-1168 | | Notice Purposes Only | | | | $0.00 |

Official form 204              Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims              page 1

Debtor **Greater Life Church**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Richard P. Cook**<br>**7036 Wrightsville Ave., Ste 101**<br>**Wilmington, NC 28403** | | | | | | $7,220.30 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re   **Greater Life Church**                                    Case No.   _____
                        Debtor(s)                                  Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **August  4, 2025**              **/s/ Mark L. Spell, Sr.**
                                          **Mark L. Spell, Sr./President**
                                          Signer/Title

Apex Bank
Attn: Manager, Agent or Officer
430 Montbrook Lane
Knoxville, TN 37919

Ashley Rusher
Blanco Tackaberry & Matamoros, PA
Post Office Drawer 25008
Winston Salem, NC 27114-5008

B. Gordon Watkins, III
Forsyth County Attorney
201 North Chestnut Street
Winston Salem, NC 27101

Bread of Heaven Soul Food Rest.
Attn: Manager, Agent, Officer
5095 Lansing Drive
Winston Salem, NC 27105

Excel Leadership Academy
of Winston-Salem, Inc.
5095 Lansing Drive
Winston Salem, NC 27105

Floor Action, Inc.
Attn: Patrick Morningstar, Pres.
Post Office Box 7327
Wilson, NC 27895

Forsyth County Tax Administration
Attn: Manager, Agent or Officer
201 North Chestnut Street
Winston Salem, NC 27101

Franklin County Tax Collector
Attn: Manager, Agent, Officer
P.O. Box 503
Louisburg, NC 27549

Hedrick Bryant Nerhood & SanderL
Attn: Manager, Agent or Officer
723 Coliseum Drive, Suite 101
Winston Salem, NC 27106-5326

Internal Revenue Service
Attn: Manager, Agent, Officer
PO Box 7346
Philadelphia, PA 19101-7346

John Burgiss
Forsyth Co. Tax Admin/Tax Assessor
201 North Chestnut Street
Winston Salem, NC 27101

NC Department of Revenue
Office Serv. Div, Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

Richard P. Cook
7036 Wrightsville Ave., Ste 101
Wilmington, NC 28403

Shekinah Glory Ministries
of Winston-Salem
5095 Lansing Drive
Winston Salem, NC 27105

Winston Salem Christian School
Attn: Manager, Agent, Officer
3730 University Parkway
Winston Salem, NC 27106

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **Greater Life Church**
Debtor(s)

Case No.
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Greater Life Church** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 4, 2025**
Date

**/s/ Joseph Z. Frost**
**Joseph Z. Frost**
Signature of Attorney or Litigant
Counsel for **Greater Life Church**
BUCKMILLER & FROST, PLLC
4700 Six Forks Road, Suite 150
Raleigh, NC 27609
919-296-5040 Fax:919-890-0356
jfrost@bbflawfirm.com